LAW OFFICES
# STILLMAN, FRIEDMAN & SHECHTMAN, P.C.

425 PARK AVENUE
NEW YORK, NY 10022
www.stillmanfriedman.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/15/08

**MEMO ENDORSED**

CHARLES A. STILLMAN
JULIAN W. FRIEDMAN
PAUL SHECHTMAN
SCOTT M. HIMES
MARJORIE J. PEERCE
JOHN B. HARRIS
JAMES A. MITCHELL
MICHAEL J. GRUDBERG
NATHANIEL Z. MARMUR

CAROLYN BARTH RENZIN
EDWARD J. JOYCE
MARY MARGULIS-OHNUMA
KATHRYN MOORE MARTIN
KATIE M. LACHTER
NATHANIEL I. KOLODNY
ELIZABETH S. WEINSTEIN
DANIEL V. SHAPIRO
ERIK M. ZISSU

TELEPHONE
(212) 223-0200
FACSIMILE
(212) 223-1942

**BY FACSIMILE (212) 805-0426**

February 14, 2008

Hon. Laura Taylor Swain
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 755
New York, NY 10007

    Re:   United States v. Price, 08 Cr. 123 (LTS)

Dear Judge Swain:

    This firm is CJA counsel for Monique Price in the above-referenced matter. I write to request that the initial conference with Your Honor currently scheduled for February 19, 2008 at 3 p.m. be adjourned to February 26, 2008 at 12:30 p.m., a date and time that I understand is convenient for the Court. I have spoken with A.U.S.A. Margaret Garnett and the government does not object to the adjournment of the conference. Ms. Price consents to the exclusion of time under the Speedy Trial Act from February 19 to the 26th.

    Thank you for your consideration of this request.

                      Respectfully submitted,

                      James A. Mitchell

THE REQUESTED ADJOURNMENT AND EXCLUSION ARE GRANTED. THE CONFERENCE IS ADJOURNED TO **FEBRUARY 26, 2008, AT 3:00 P.M.** THE COURT FINDS THAT THE ENDS OF JUSTICE SERVED BY THE GRANTING OF AN EXCLUSION FROM SPEEDY TRIAL COMPUTATIONS FOR THE PERIOD FROM TODAY'S DATE THROUGH **FEBRUARY 26, 2008**, OUTWEIGH THE BEST INTERESTS OF THE PUBLIC AND THE DEFENDANT IN A SPEEDY TRIAL BECAUSE OF THE NEED FOR REASONABLE TIME FOR EFFECTIVE TRIAL PREPARATION AND CONTINUITY OF DEFENSE COUNSEL. THE COURT, ACCORDINGLY, EXCLUDES SUCH TIME PERIOD PROSPECTIVELY.
SO ORDERED.

/s/ 2/14/2008
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE