☞ **ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,          :

      - v -                          :     NOTICE OF INTENT TO
                                  FILE AN INFORMATION

MONIQUE PRICE,                     :

          Defendant.           :     **08 CRIM 128**

- - - - - - - - - - - - - - - - x

*JUDGE SWAIN*

      Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
          February 13, 2008

                            MICHAEL J. GARCIA
                            United States Attorney

           By:    _____
                  Margaret Garnett
                  Assistant United States Attorney

                 AGREED AND CONSENTED TO:

ELECTRONICALLY FILED
By: _____
2/13/08
                James Mitchell, Esq.
                Attorney for Monique Price

2/13/08    WHEEL A