```
UNITED STATES DISTRICT COURT        JUDGE SWAIN
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - X
                                   :
UNITED STATES OF AMERICA           :
                                   :
          v.                       :
                                   :    08 CRIM 128
MONIQUE PRICE,                     :
                                   :
          Defendant.               :
                                   :
- - - - - - - - - - - - - - - - - X
```

The above-named defendant, who is accused of violating Title 18, United States Code, Section 3146(a)(2), being advised of the nature of the charges and of her rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by Information instead of by Indictment.

_____
MONIQUE PRICE
Defendant

_____
Witness

_____
James Mitchell, Esq.
Counsel for Defendant

Date:  New York, New York
       February 14, 2008



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 14 2008