```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                    :
UNITED STATES OF AMERICA            :     INFORMATION
                                    :
        v.                          :
                                    :     08 Cr. ____
MONIQUE PRICE,                      :
                                    :     08CRIM 128
        Defendant.                  :
                                    :
------------------------------------x
```

COUNT ONE

The United States Attorney charges:

From at least on or about August 10, 2007, up to and including on or about February 6, 2008, in the Southern District of New York and elsewhere, MONIQUE PRICE, the defendant, unlawfully, willfully and knowingly, having been released from custody under 18 U.S.C. §§ 3141 and 3143, did fail to surrender for service of sentence pursuant to a court order, to wit, PRICE was sentenced to a term of 21 months of imprisonment and directed to surrender to the Bureau of Prisons on August 10, 2007, and she did not so surrender on that date or any date thereafter.

(Title 18, United States Code, Section 3146(a)(2).)

_____
MICHAEL J. GARCIA
United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 14 2008

Form No. USA-33s-274 (Ed. 9-25-58)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

**UNITED STATES OF AMERICA**

- v -

**MONIQUE PRICE,**

Defendant.

### INFORMATION

08 Cr. ___

(Title 18, United States Code, Section 3146(a)(2).)

MICHAEL J. GARCIA
United States Attorney

*[Handwritten: 2/14/08 — Waiver of Indict. Filed — M J Gorenstein]*