UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-

MONIQUE PRICE,

    Defendant.

------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: FEB 2 6 2008

No. 08 Cr. 123 (LTS)

### ORDER

The Court has been informed that the Defendant is a diabetic who, prior to being taken into custody, was on a daily regimen of 1500 mg of Glucophage. The Court understands that the daily regimen was interrupted after her arrest and that, while it has been restored, it is unclear whether the precise daily dose is appropriate in light of the interruption. Accordingly, it is hereby respectfully requested:

(1), that the medical staff of the MCC immediately evaluate the level of the Defendant's medication and provide her with the necessary medication on a daily basis at the appropriate level; and

(2), that the medical staff fax a written report to the Court and counsel by Friday, February 29, 2008, confirming that the examination has taken place and that appropriate medication is being and will continue to be provided to the Defendant on a daily basis. The undersigned's fax number is (212) 805-0426; the fax number of defense counsel James A. Mitchell, Esq., is (212) 223-1942; and the fax number of AUSA Margaret Garnett is (212) 637-2527.

    SO ORDERED.

Dated: New York, New York
       February 26, 2008

LAURA TAYLOR SWAIN
United States District Judge

MEDICAL022608.WPD    VERSION 2/26/08