USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 2 5 2008

LAW OFFICES
STILLMAN, FRIEDMAN & SHECHTMAN, P.C.

425 PARK AVENUE
NEW YORK, NY 10022
www.stillmanfriedman.com

CHARLES A. STILLMAN
JULIAN W. FRIEDMAN
PAUL SHECHTMAN
SCOTT M. HIMES
MARJORIE J. PEERCE
JOHN B. HARRIS
JAMES A. MITCHELL
MICHAEL J. GRUDBERG
NATHANIEL Z. MARMUR

CAROLYN BARTH RENZIN
EDWARD J. JOYCE
MARY MARGULIS-OHNUMA
KATHRYN MOORE MARTIN
KATIE M. LACHTER
NATHANIEL I. KOLODNY
ELIZABETH S. WEINSTEIN
DANIEL V. SHAPIRO
ERIK M. ZISSU

TELEPHONE
(212) 223-0200
FACSIMILE
(212) 223-1942

## MEMO ENDORSED

**BY FACSIMILE** (212) 805-0426

March 24, 2008

Hon. Laura Taylor Swain
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 755
New York, NY 10007

Re: United States v. Price, 08 Cr. 123 (LTS)

Dear Judge Swain:

This firm is CJA counsel for Monique Price in the above-referenced matter. I write to request that the conference with Your Honor currently scheduled for March 25, 2008 at 12:30 p.m. be adjourned to April 14, 2008 at any time that is convenient for the Court. I have spoken with A.U.S.A. Margaret Garnett and the government does not object to the adjournment. Ms. Price consents to the exclusion of time under the Speedy Trial Act from March 25, 2008 to April 14, 2008.

Thank you for your consideration of this request.

Respectfully submitted,

Edward J. Joyce

THE REQUESTED ADJOURNMENT AND EXCLUSION ARE GRANTED. THE CONFERENCE IS ADJOURNED TO APRIL 14, 2008, AT 12:30 P.M. THE COURT FINDS THAT THE ENDS OF JUSTICE SERVED BY THE GRANTING OF AN EXCLUSION FROM SPEEDY TRIAL COMPUTATIONS FOR THE PERIOD FROM TODAY'S DATE THROUGH APRIL 14, 2008, OUTWEIGH THE BEST INTERESTS OF THE PUBLIC AND THE DEFENDANT IN A SPEEDY TRIAL BECAUSE OF THE NEED FOR REASONABLE TIME FOR EFFECTIVE TRIAL PREPARATION. THE COURT ACCORDINGLY, EXCLUDES SUCH TIME PERIOD PROSPECTIVELY. SO ORDERED.

3/24/08
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE